# IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
# DIVISION OF ST. CROIX

| | |
|---|---|
| UNITED STATES OF AMERICA and GOVERNMENT OF THE VIRGIN ISLANDS, )<br><br>        Plaintiffs, )<br>v. )<br><br>UNITED CORPORATION, dba Plaza Extra Supermarkets, )<br><br>        Defendant. ) | CRIM NO. 2005-0015F/B |

## ACCEPTANCE OF PLEA OF GUILTY
## AND ADJUDICATION OF GUILT

Pursuant to the Report of Recommendation of the United States Magistrate Judge, to which there has been no timely objection, the plea of guilty of the Defendant United Corporation to Count 60 of the Third Superseding Indictment - Willfully Making & Subscribing a 2001 U.S. Corporation Income Tax Return (Form 1120S) - is accepted and the Defendant is adjudged guilty of such offense. A sentencing hearing will be scheduled and conducted pursuant to separate notice and in accordance with the procedure previously ordered by the Court.

**IT IS SO ORDERED.**

                                                                  **ENTERED:**

**DATED:** October 1, 2010                       _____/s/_____
                                                           RAYMOND L. FINCH
                                                           SENIOR U.S. DISTRICT JUDGE